FILED
CLERK, U.S. DISTRICT COURT

DEC 2 8 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. SHIELDS, ) | No. EDCV 07-803-GHK(CW) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| M.C. KRAMER (Warden), ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: ___12/28/07___

_____
GEORGE H. KING
United States District Judge